| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | |
|---|---|
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE:  5/14/2025<br>TIME:   12:00 pm |

CASE:  **CV 24-2271(SJB) NCD Communications, Inc. v. Platte River Insurance Company**

TYPE OF CONFERENCE:   STATUS            FTR: 12:02-12:12

APPEARANCES:
        For Plaintiff:   Robert Miletsky

        For Defendant: Alex Ferrini and Brian Katz

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Oral argument held.  Plaintiff's motion to compel, DE [30], is granted in part and denied in part as follows:  Plaintiff will be deposed on June 6, 2025 at 10:00am at defense counsel's office.  Defendant will deposed on a date to be determined on or before June 30, 2025 (to accommodate travel) at a court reporter office as identified by Plaintiff's counsel.  As to the Intralogic subpoena, Intralogic will file its letter motion to quash (not longer than three pages) on May 22, 2025.  Opposition (letter not to exceed three pages) will be served on June 2, 2025.  All motion papers will be filed on June 3, 2025.  Finally, the parties will submit a proposed amended scheduling order for the Court's consideration no later than May 23, 2025.

                                                SO ORDERED

                                                 /s/Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge